IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **AUTHENTIXX LLC**<br>*Plaintiff,*<br><br>v.<br><br>**FIRST STATE BANK**<br>*Defendant.* | **CIVIL ACTION NO. 2:23-CV-00153—RWS-RSP** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Authentixx and Defendant First State Bank file this Joint Motion to Stay All Deadlines and Notice of Settlement. The parties hereby notify the Court that all matters related to this case involving them have been resolved, in principle. The parties request that the Court stay all applicable case deadlines for thirty days so the appropriate dismissal papers may be submitted to dismiss all claims in this action.

Dated: June 8, 2023

                                                              Respectfully submitted,

                                            By:   */s/ Jason D. Mazingo*

                                                      **Jason D. Mazingo**
                                                      State Bar No. 24055925
                                                      Jason@MazingoFirm.com
                                                      THE MAZINGO FIRM, P.C.
                                                      118 West Houston Street
                                                      Tyler, Texas 75702
                                                      Phone:  903.630.7123
                                                      Fax:     903.218.7849

                                                      **ATTORNEYS FOR DEFENDANT**
                                                      **FIRST STATE BANK**

By:   */s/Isaac RabicoffI (with permission)*

**Isaac Rabicoff**
Rabicoff Law LLC
600 Mamaroneck Avenue STE 400
Harrison, New York 10528
7736694590

**ATTORNEYS FOR AUTHENTIXX**

## CERTIFICATE OF CONFERENCE

On June 6, 2023, pursuant to Local Rule CV-7(i), counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated his willingness to join the relief sought by this Motion.

*/s/ Jason D. Mazingo*
Jason D. Mazingo

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of June 2023. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Jason D. Mazingo*
Jason D. Mazingo

2