# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTHENTIXX LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-CV-00153-RWS-RSP |
| | § | |
| FIRST STATE BANK, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay all Deadlines and Notice of Settlement. Dkt. No. 8. After consideration, the Court **GRANTS** the Parties Joint Motion. **IT IS THEREFORE ORDERED** that all unreached deadlines in this matter are hereby stayed until July 8, 2023, by which time the parties shall file the appropriate dismissal papers.

**SIGNED this 9th day of June, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE